NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

AVENTIS PHARMA S.A. AND SANOFI-AVENTIS U.S. LLC,
*Plaintiffs-Appellants,*

v.

ACCORD HEALTHCARE INC. USA,
*Defendant-Appellee.*

_____

2011-1442

_____

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-0018, Chief Judge Gregory M. Sleet.

_____

## ON MOTION

_____

## ORDER

Upon consideration of Aventis Pharma S.A. and sanofi-aventis U.S., LLC's unopposed motion to stay the briefing schedule pending the court's disposition of *Aventis Pharma S.A. v. Hospira Inc*, 2011-1018,

IT IS ORDERED THAT:

(1) The motion is granted. Aventis is directed to inform the court within 14 days of the disposition of 2011-1018 how it believes this appeal should proceed. Accord Healthcare Inc., USA, may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel that is assigned to hear 2011-1018.

FOR THE COURT

JUL 2 0 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
Michael R. Dzwonczyk, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 0 2011

**JAN HORBALY**
**CLERK**